_AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>AKUSATINO FOSI<br>7891 SANATU STREET<br>BARROW, AK | **CRIMINAL COMPLAINT**<br><br>Case Number:   3:06-mj-00029-JDR |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief.  On or about   February 5, 2006   in   Anchorage   County, in
(Date)
the  Municipality of Anchorage   District of   Alaska   defendant(s) did,

*(Track Statutory Language of Offense)*

(a) In General. - Whoever -
(1) forcibly assaults, resists, opposes, impedes, intimidates, or interferes with any person designated in section 1114 of this title while engaged in or on account of the performance of official duties; or
(2) forcibly assaults or intimidates any person who formerly served as a person designated in section

in violation of Title   18   United States Code, Section(s)   111   .
I further state that I am a(n)   Law Enforcement Officer   and that this complaint is based on the
Official Title
following facts:

On 02-05-2006, the defendant assaulted Derrick S. Hayes, a contract security guard, under contract with the Department of Homeland Security, Federal Protective Service, by tackling Hayes to the ground, choking Hayes, attempting to strike Hayes in the face and then attempting to unlawfully use Hayes' duty weapon in furtherance of the crime.  The defendant assaulted an unknown male and then assaulted Hayes as Hayes was attempting to restore order.  Hayes was conducting his duties as a contract security guard in accordance with

Continued on the attached sheet and made a part of this
complaint:                                                                   ✠ Yes   ☐ No

Signature of Complainant

/s/ Tracy L. Miller
Printed Name of Complainant

Sworn to before me and signed in my presence,

                                                                      at   Anchorage, Alaska
Date  02-07-2006                                                           City and State

John W. Sedwick, United States District Judge       /s/ JOHN W. SEDWICK  (SEAL AFFIXED)
Name and Title of Judge                              Signature of Judge