IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

**RELEASE ORDER**

TO: UNITED STATES MARSHAL

RE: UNITED STATES OF AMERICA VS. Aukusatino Fosi

CASE NO: 3:06-MJ-00029-JDR

-----

Defendant Aukusatino Fosi,

has this date met the bail conditions indicated below and is ordered discharged from custody.

____ Released to _____, the third party custodian(s).

____ Paid cash bail in the amount of _____ to the Clerk of Court.

____ Posted unsecured bond in the amount of _____

____ Posted bond secured by ____ property or ____ surety in the amount of _____ with the Clerk of Court.

____ Surrendered passport to the Clerk of Court.

X Other: _____

Dated at Anchorage, Alaska this 8 day of February, 20 06

JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE

Original & 1 cy to U.S. Marshal