MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs __AUKUSATINO FOSI__   CASE NO. __3:06-MJ-00029-JDR__
Defendant: _X_ Present   _X_ In Custody

BEFORE THE HONORABLE        JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:      CAROLINE EDMISTON

UNITED STATES ATTORNEY:     LARRY CARD

DEFENDANT'S ATTORNEY:       KEVIN MCCOY, APPOINTED

U.S.P.O.:                   KAREN BREWER

PROCEEDINGS: INITIAL APPEARANCE ON COMPLAINT Held 02/08/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:34 a.m. court convened.

 _x_ Copy of Amended Complaint given to defendant: read.

 _X_ Defendant sworn.

 _X_ Defendant advised of general rights, charges and penalties; Waived full advisement of rights.

 _X_ Defendant states true name: __Same as above__   Age: __20__

 _X_ Financial Affidavit filed; Federal Public Defender accepted appointment; FPD notified.

 _X_ PLEA Not Guilty to Count _1 of the Amended Complaint._

 _X_ Consent to be filed by **February 10, 2006** or case shall be transferred to U.S. District Judge.

 _X_ Order Setting Conditions of Release filed; Personal Recognizance Order filed; Release Order filed.

 _X_ Pretrial motions due **February 24, 2006.** Meet and confer 02/13/06.

 _X_ Court advised counsel trial date had not been set.

 _X_ OTHER: Court and counsel heard re defendant's oral motion to release the defendant on his own recognizance with conditions; GRANTED. Court directed the defendant be processed by the U.S. Marshal's Service.

At 10:57 a.m. court adjourned.


DATE: __February 9, 2006__   DEPUTY CLERK'S INITIALS: __Ce__